# Exhibit 2

| US11083142 | Artechno AVF+ Junior ("The accused system") |
|---|---|
| 1. A method for producing and harvesting a crop in a daylight-free environment comprising: | The accused system practices a method for producing and harvesting a crop in a daylight-free environment (e.g., environment inside the accused system).<br><br>As shown below, the accused system is a cultivation system having a container body within which crops are grown with no exposure to natural daylight (sunlight).<br><br><br><br>https://artechno-growsystems.com/avf-junior |



https://artechno-growsystems.com/avf-junior



https://artechno-growsystems.com/avf-junior



https://artechno-growsystems.com/avf-junior

| growing the crop in a culture substrate in a multi-layer daylight-free cultivation system having a number of cultivation shelves above one another, | The accused system practices growing the crop in a culture substrate (e.g., plug) in a multi-layer daylight-free cultivation system (e.g., the accused system) having a number of cultivation shelves (e.g., shelves of the accused system) above one another.<br><br>As shown below, the accused system is a cultivation system having a container body where sunlight (daylight) does not reach, within which crops are grown using plugs that serve as the culture substrate. The accused system (cultivation system) further comprises shelves on which trays holding the plugs are placed, stacked on top of one another. |



https://artechno-growsystems.com/avf-junior

https://artechno-growsystems.com/avf-junior

## What is plug seeding in vertical farming?

Growing on specially designed plugs for individual plants.

https://artechno-growsystems.com/faq



https://artechno-growsystems.com/avf-junior



Turn-key Solutions

# We are the only company in the world to deliver a turn-key automated solution from seeding to packaging

growing the crop

culture substrate

https://artechno-growsystems.com/

| controlling, in each of said cultivation shelves, a photosynthesis of the crop by controlling a light spectrum supplied to the crop from light emitting diodes, | The accused system practices controlling, in each of said cultivation shelves (e.g., shelves of the accused system), a photosynthesis of the crop by controlling a light spectrum (e.g., light colors) supplied to the crop from light emitting diodes (e.g., LEDs of the accused system).<br><br>As shown below, the accused system has a lighting system which controls the intensity and spectrum of light provided to crops on each shelf of the accused system, thereby controlling photosynthesis of the crop. The lighting system adjusts the spectrum using red and blue LEDs based on the needs of the crop. |

Summary: Vertical farming involves growing crops vertically indoors in a controlled and optimized environment.



https://artechno-growsystems.com/news/everything-you-need-to-know-about-vertical-farming

# Bring your automated vertical farming to a higher level with crop research, recipe creation & innovation

### Integrated solution

Climate, light, water, nutrients, and growth insights are perfectly integrated to create a performance-based system.

### Crop recipes & innovation

Follow your research closely with time-lapse cameras in each position. Collect growth data with analysis software to give you the essential tools to improve or create new recipes.

### Research flexibility

Conduct research in multiple positions, with different recipes. Each Junior can have multiple variables: climate, nutrients, and airflow. While the positions too can have multiple variables: light and irrigation.

### Ideal climate

Create your ideal climate using temperature, relative humidity, CO2, and airflow. Optimize your growth research in vertical farming.

https://artechno-growsystems.com/avf-junior



https://artechno-growsystems.com/avf-junior

https://artechno-growsystems.com/avf-junior

Benefit 1: Growing recipes

Growing recipes can be applied for vertical growing.

Growing recipes are a combination of multiple light settings and specifically set environmental factors to cultivate the perfect plant.

You can adapt these growing recipes to your own conditions and wishes, for example, in terms of the color and taste of the crop.

For any crop you would like to grow, you can create a unique nutritional and flavor profile with growing recipes; nothing is too crazy!

In addition, the recipes are adapted to the crop's growth stage, which contributes to the plant's optimal growth.

https://artechno-growsystems.com/news/what-is-vertical-growing



Vertical Farming Factory

## Achieve high plant output with our Automated Vertical Farming Factory

controlling a light spectrum supplied to the crop from light emitting diodes

https://artechno-growsystems.com/

| | |
|---|---|
| controlling, in each of said cultivation shelves, a root temperature of a root system of the crop at a desired value, | The accused system practices controlling, in each of said cultivation shelves (e.g., shelves of the accused system), a root temperature of a root system of the crop at a desired value.<br><br>As shown below, the accused system has a control system which automatically controls air temperature, water temperature, humidity, CO2 concentrations, and airflow for ideal growing conditions. Since the crops are grown in plugs serving as the culture substrate, the temperature-controlled water is in direct contact with the root system of the crops on each shelf, thereby controlling the root temperature of the crop to a desired value.<br><br><br><br>https://artechno-growsystems.com/avf-junior |

# Bring your automated vertical farming to a higher level with crop research, recipe creation & innovation

### Integrated solution

Climate, light, water, nutrients, and growth insights are perfectly integrated to create a performance-based system.

### Crop recipes & innovation

Follow your research closely with time-lapse cameras in each position. Collect growth data with analysis software to give you the essential tools to improve or create new recipes.

### Research flexibility

Conduct research in multiple positions, with different recipes. Each Junior can have multiple variables: climate, nutrients, and airflow. While the positions too can have multiple variables: light and irrigation.

### Ideal climate

Create your ideal climate using temperature, relative humidity, CO2, and airflow. Optimize your growth research in vertical farming.

https://artechno-growsystems.com/avf-junior

# Run multiple crop tests simultaneously

The AVF$^+$ Junior is the ideal system for vertical farmers who want to research new crop growing recipes and enhance existing ones. It has been designed to test the effects that growing variables like climate, light, irrigation, and nutrients can have on the growth of crops. The system consists of one or more climate cells with multiple stacked growing positions. This allows the vertical farmer to efficiently perform multiple tests to determine the best combination of growing variables for a specific crop or run multiple crop tests at once.

Operating a Junior is simple and straightforward through its user interface, which lets you control the climate (temperature, humidity, and CO$_2$) per climate cell and light, irrigation, and nutrients per growing position.

Insight into the growth and health of crops is of utmost importance when researching new crops; that's why the Junior can be equipped with research essentials like time-lapse cameras, stomata cameras, and photosynthesis measurement. The AVF$^+$ Junior provides the right tools for professional research into crops for vertical farming.

At our Cultivation and Research Center in De Lier, we give growers the opportunity to use our research cells on a rental basis. Please contact us for the possibilities and scroll down to learn more about the AVF$^+$ Junior features.

https://artechno-growsystems.com/avf-junior



Feature #1

## Take complete control over your AVF⁺ - get the best results

● Control your AVF⁺

Control every inch of your Junior. This includes: climate, temperature, humidity, $CO_2$ levels, airflow, irrigation, nutrients, and lighting.

⊕ Easy software interface

https://artechno-growsystems.com/avf-junior

Feature #2

## Precision hydroponic irrigation - nutrients delivered according to recipe

⊕ Deep Water Culture (DWC)

⊕ Ebb & Flow

● Nutrient delivery

Mixed into the day storage, the temperature, EC, and PH levels are continuously monitored to maintain the correct nutrient levels. Each water management unit can be expanded to work with multiple nutrient recipes.

https://artechno-growsystems.com/avf-junior

<table>
<tr><td></td><td>



https://artechno-growsystems.com/hydroponics

## Factors Affecting Root Zone Temperature

Several factors can impact the root zone temperature in hydroponic systems. These include ambient temperature, water temperature, air circulation, and insulation. It's important to monitor and control these factors to maintain the ideal root zone temperature range for different crops.

https://kryzen.com/optimizing-root-zone-temperature-for-hydroponic-crops/

</td></tr>
<tr><td>

controlling, in each of said cultivation shelves, carbon dioxide assimilation of a leaf system of the crop by controlling a leaf temperature difference of the leaves compared to

</td><td>

The accused system practices controlling, in each of said cultivation shelves (e.g., shelves of the accused system), carbon dioxide assimilation of a leaf system of the crop by controlling a leaf temperature difference of the leaves compared to ambient temperature.

As shown below, the accused system has a lighting system which controls the intensity and spectrum of light provided to crops on each shelf. It also has a control system which automatically controls air temperature, humidity, and

</td></tr>
</table>

| ambient temperature | airflow across all shelves. Light intensity, ambient air temperature, and airflow are established environmental factors that directly influence leaf temperature. By controlling these parameters, the two systems together control the leaf temperature difference of the leaves compared to ambient temperature on each shelf, thereby controlling carbon dioxide assimilation of the leaf system of the crop.  https://artechno-growsystems.com/avf-junior |
|---|---|

## Run multiple crop tests simultaneously

The AVF+ Junior is the ideal system for vertical farmers who want to research new crop growing recipes and enhance existing ones. It has been designed to test the effects that growing variables like climate, light, irrigation, and nutrients can have on the growth of crops. The system consists of one or more climate cells with multiple stacked growing positions. This allows the vertical farmer to efficiently perform multiple tests to determine the best combination of growing variables for a specific crop or run multiple crop tests at once.

Operating a Junior is simple and straightforward through its user interface, which lets you control the climate (temperature, humidity, and $CO_2$) per climate cell and light, irrigation, and nutrients per growing position.

Insight into the growth and health of crops is of utmost importance when researching new crops; that's why the Junior can be equipped with research essentials like time-lapse cameras, stomata cameras, and photosynthesis measurement. The AVF+ Junior provides the right tools for professional research into crops for vertical farming.

At our Cultivation and Research Center in De Lier, we give growers the opportunity to use our research cells on a rental basis. Please contact us for the possibilities and scroll down to learn more about the AVF+ Junior features.

https://artechno-growsystems.com/avf-junior

Feature #1

## Take complete control over your AVF+ - get the best results

### Control your AVF+

Control every inch of your Junior. This includes: climate, temperature, humidity, $CO_2$ levels, airflow, irrigation, nutrients, and lighting.

### Easy software interface



https://artechno-growsystems.com/avf-junior



Feature #3

## Everything that's needed for crop recipe development in-house

**Growth control sensors**

$AVF^+$ Juniors come equipped with sensors for climate conditions (temperature, humidity, $CO_2$, and airflow) to water conditions (PH, EC, $O_2$, and water temperature), showing you exactly what you need to know.

https://artechno-growsystems.com/avf-junior

## What is vertical growing?

In vertical growing, multiple layers are grown above one another, in other words, vertically.

This is done inside a **vertical farm.** In the farm, all environmental factors are fully controlled and optimized; think of:

- Light
- Temperature
- Airflow
- Humidity
- CO2
- Water
- Nutrients

These external conditions allow crops to grow optimally.

The external conditions can be manipulated to your discretion, resulting in the perfect plantlet.

https://artechno-growsystems.com/news/what-is-vertical-growing

| | |
|---|---|
| | **9.4.2.2 Temperature**<br><br>Air temperature is generally used as the temperature when discussing the influence of temperature on plant photosynthesis or respiration. However, plant body temperature (or leaf temperature) has a direct effect on the biochemical reactions necessary for plant physiology. For example, the leaf temperature at which the maximum net photosynthetic rate is reached falls in the range of 20–30°C. Leaf temperature increases due to the increase in radiant energy absorbed by the leaves and decreases due to the increase in sensible and latent heat energy transported from the leaves to the air. Therefore, environmental factors (light intensity, temperature, humidity, airflow velocity, etc.) associated with this energy balance influence leaf temperature and eventually influence photosynthesis and growth.<br><br>https://www.sciencedirect.com/topics/engineering/leaf-temperature |
| wherein, in each of said cultivation shelves, the control of photosynthesis by controlling the light spectrum, the control of the root temperature, and the control of the carbon dioxide assimilation by controlling a leaf temperature difference of the leaves compared to ambient temperature are adapted:<br>to one another, | The accused system practices controlling, wherein, in each of said cultivation shelves (e.g., shelves of the nursery station), the control of photosynthesis by controlling the light spectrum (e.g., light colors), the control of the root temperature, and the control of the carbon dioxide assimilation by controlling a leaf temperature difference of the leaves compared to ambient temperature are adapted: to one another.<br><br>As shown below, the accused system controls photosynthesis (via the LED light spectrum), root temperature (via temperature-controlled water in contact with the root system), and carbon dioxide assimilation (via leaf temperature relative to ambient) together within a single sealed container environment through its control system. Using crop-specific recipes, the system configures environmental parameters for a crop, which is a plant-dependent setting of the growth factors. These factors are also physically interdependent: the light incident on the leaf affects leaf temperature, the air and root temperature affect transpiration and stomatal behavior, and stomatal opening governs both carbon dioxide uptake and evaporation. Because all three are controlled together in the same conditioned environment and set jointly for the crop, the control of |

photosynthesis, the control of root temperature, and the control of carbon dioxide assimilation by controlling a leaf temperature difference are adapted to one another in each cultivation shelf.



https://artechno-growsystems.com/avf-junior

## Run multiple crop tests simultaneously

The AVF+ Junior is the ideal system for vertical farmers who want to research new crop growing recipes and enhance existing ones. It has been designed to test the effects that growing variables like climate, light, irrigation, and nutrients can have on the growth of crops. The system consists of one or more climate cells with multiple stacked growing positions. This allows the vertical farmer to efficiently perform multiple tests to determine the best combination of growing variables for a specific crop or run multiple crop tests at once.

Operating a Junior is simple and straightforward through its user interface, which lets you control the climate (temperature, humidity, and $CO_2$) per climate cell and light, irrigation, and nutrients per growing position.

Insight into the growth and health of crops is of utmost importance when researching new crops; that's why the Junior can be equipped with research essentials like time-lapse cameras, stomata cameras, and photosynthesis measurement. The AVF+ Junior provides the right tools for professional research into crops for vertical farming.

At our Cultivation and Research Center in De Lier, we give growers the opportunity to use our research cells on a rental basis. Please contact us for the possibilities and scroll down to learn more about the AVF+ Junior features.

https://artechno-growsystems.com/avf-junior



Feature #1

## Take complete control over your AVF+ - get the best results

- Control your AVF+

  Control every inch of your Junior. This includes: climate, temperature, humidity, $CO_2$ levels, airflow, irrigation, nutrients, and lighting.

+ Easy software interface

https://artechno-growsystems.com/avf-junior

Feature #3

## Everything that's needed for crop recipe development in-house

- Growth control sensors

  AVF+ Juniors come equipped with sensors for climate conditions (temperature, humidity, $CO_2$, and airflow) to water conditions (PH, EC, $O_2$, and water temperature), showing you exactly what you need to know.

https://artechno-growsystems.com/avf-junior

**What is vertical growing?**

In vertical growing, multiple layers are grown above one another, in other words, vertically.

This is done inside a vertical farm. In the farm, all environmental factors are fully controlled and optimized; think of:

- Light
- Temperature
- Airflow
- Humidity
- CO2
- Water
- Nutrients

These external conditions allow crops to grow optimally.

The external conditions can be manipulated to your discretion, resulting in the perfect plantlet.

https://artechno-growsystems.com/news/what-is-vertical-growing

Benefit 1: Growing recipes

Growing recipes can be applied for vertical growing.

Growing recipes are a combination of multiple light settings and specifically set environmental factors to cultivate the perfect plant.

You can adapt these growing recipes to your own conditions and wishes, for example, in terms of the color and taste of the crop.

For any crop you would like to grow, you can create a unique nutritional and flavor profile with growing recipes; nothing is too crazy!

In addition, the recipes are adapted to the crop's growth stage, which contributes to the plant's optimal growth.

https://artechno-growsystems.com/news/what-is-vertical-growing

## Bring your automated vertical farming to a higher level with crop research, recipe creation & innovation

**Integrated solution**

Climate, light, water, nutrients, and growth insights are perfectly integrated to create a performance-based system.

**Crop recipes & innovation**

Follow your research closely with time-lapse cameras in each position. Collect growth data with analysis software to give you the essential tools to improve or create new recipes.

**Research flexibility**

Conduct research in multiple positions, with different recipes. Each Junior can have multiple variables: climate, nutrients, and airflow. While the positions too can have multiple variables: light and irrigation.

**Ideal climate**

Create your ideal climate using temperature, relative humidity, CO2, and airflow. Optimize your growth research in vertical farming.

https://artechno-growsystems.com/avf-junior

Do you provide growing recipes for crops?

Yes, we create, and provide growing recipes for crops to use in your AVF⁺ systems. If there is no recipe available, we can do research and create a growing recipe for you.

https://artechno-growsystems.com/faq

**Summary.** Leaf gas exchange of *Vigna unguiculata* was influenced by short-term (day-to-day) changes in soil temperature and the response depended upon the aerial environment. When aerial conditions were constant at 30° C leaf temperature, high air humidity and moderate quantum flux, $CO_2$ assimilation rate and leaf conductance increased with increases in soil temperature from 20 to 35° C, and this response was reversible. Decreases in $CO_2$ assimilation rate and leaf conductance were observed at root temperatures above 30° C when root temperatures were increased from 20° C to 40° C and when air humidity was decreased in steps during the day. In contrast, varying soil temperatures between 20 to 35° C had no influence on gas exchange when shoots were subjected to a wide range of temperatures during each day.
The gain ratio ∂A/∂E remained constant at different air humi-

in arid and semi-arid habitats. Virtually no studies are known to the authors which investigate short-term effects of high soil temperatures on gas exchange processes at the leaf level. Therefore, the present study was conducted to elucidate this aspect of plant existence in semi-arid environments. *Vigna unguiculata* was studied since it is subjected to high soil temperatures in its natural habitats. Experiments on short-term effects of soil temperature are also relevant to the interpretation of experiments in controlled environments, where pot and shoot temperatures are frequently similar and altered at the same time.

to one another

Cowpeas (*Vigna unguiculata* L. Walp. cv California Blackeye No. 5) were grown in a walk-in growth chamber (Weiss Klima-

https://d1wqtxts1xzle7.cloudfront.net/40003224/Effects_of_day-to-day_changes_in_root_te20151114-26039-o79npt-libre.pdf

lowers photosynthesis. Three days of chilling (10 C) at 170 w·m$^{-2}$ reduces the photosynthetic capacity of youngest-mature *Paspalum* leaves only 30 to 40% while *Sorghum* leaves are essentially inoperative when returned to 25 C after the same stress. Root temperature has a substantial rapid effect on photosynthesis of soybean and little immediate effect on *Sorghum*. Photosynthesis of stress–intolerant species (*Sorghum*) is reduced only slightly more than that of semitolerant species (*Paspalum*) when temperatures are lowered at mid-photoperiod, but to a far greater extent if temperatures are reduced at the commencement of a photoperiod.

to one another

https://academic.oup.com/plphys/article/47/5/713/6091634?login=false

| forcing the crop into an | The accused system practices forcing the crop into an intended carbon dioxide |

| intended carbon dioxide assimilation, and | assimilation. As shown below, $CO_2$ is one of the environmental factors that the accused system fully controls and optimizes, and the control system regulates the $CO_2$ concentration within the closed cell to a target value set by the crop-specific recipe. Because the rate of carbon dioxide assimilation (carbon fixation in photosynthesis) is governed by the $CO_2$ available to the leaf, the system, by actively holding the $CO_2$ concentration at the recipe-defined target in the sealed environment surrounding the crop on each shelf, drives and thereby forces the crop into the intended carbon dioxide assimilation. |
|---|---|

**Integrated solution**
Climate, light, water, nutrients, and growth insights are perfectly integrated to create a performance-based system.

**Crop recipes & innovation**
Follow your research closely with time-lapse cameras in each position. Collect growth data with analysis software to give you the essential tools to improve or create new recipes.

**Research flexibility**
Conduct research in multiple positions, with different recipes. Each Junior can have multiple variables: climate, nutrients, and airflow. While the positions too can have multiple variables: light and irrigation.

**Ideal climate**
Create your ideal climate using temperature, relative humidity, CO2, and airflow. Optimize your growth research in vertical farming.

https://artechno-growsystems.com/avf-junior

# Run multiple crop tests simultaneously

The AVF⁺ Junior is the ideal system for vertical farmers who want to research new crop growing recipes and enhance existing ones. It has been designed to test the effects that growing variables like climate, light, irrigation, and nutrients can have on the growth of crops. The system consists of one or more climate cells with multiple stacked growing positions. This allows the vertical farmer to efficiently perform multiple tests to determine the best combination of growing variables for a specific crop or run multiple crop tests at once.

Operating a Junior is simple and straightforward through its user interface, which lets you control the climate (temperature, humidity, and CO₂) per climate cell and light, irrigation, and nutrients per growing position.

Insight into the growth and health of crops is of utmost importance when researching new crops; that's why the Junior can be equipped with research essentials like time-lapse cameras, stomata cameras, and photosynthesis measurement. The AVF⁺ Junior provides the right tools for professional research into crops for vertical farming.

At our Cultivation and Research Center in De Lier, we give growers the opportunity to use our research cells on a rental basis. Please contact us for the possibilities and scroll down to learn more about the AVF⁺ Junior features.

https://artechno-growsystems.com/avf-junior

Feature #1

## Take complete control over your AVF[+] - get the best results

 Control your AVF[+]

Control every inch of your Junior. This includes: climate, temperature, humidity, $CO_2$ levels, airflow, irrigation, nutrients, and lighting.

⊕ Easy software interface

https://artechno-growsystems.com/avf-junior

**What is vertical growing?**

In vertical growing, multiple layers are grown above one another, in other words, vertically.

This is done inside a _vertical farm._ In the farm, all environmental factors are fully controlled and optimized; think of:

- Light
- Temperature
- Airflow
- Humidity
- $CO_2$
- Water
- Nutrients

These external conditions allow crops to grow optimally.

The external conditions can be manipulated to your discretion, resulting in the perfect plantlet.

https://artechno-growsystems.com/news/what-is-vertical-growing

| | |
|---|---|
| | Benefit 1: Growing recipes<br><br>Growing recipes can be applied for vertical growing.<br><br>Growing recipes are a combination of multiple light settings and specifically set environmental factors to cultivate the perfect plant.<br><br>You can adapt these growing recipes to your own conditions and wishes, for example, in terms of the color and taste of the crop.<br><br>For any crop you would like to grow, you can create a unique nutritional and flavor profile with growing recipes; nothing is too crazy!<br><br>In addition, the recipes are adapted to the crop's growth stage, which contributes to the plant's optimal growth.<br><br>https://artechno-growsystems.com/news/what-is-vertical-growing |
| controlling an evaporation of said crop via the leaf by regulating a correct amount of energy on the leaf. | The accused system practices controlling an evaporation of said crop via the leaf by regulating a correct amount of energy (e.g., light intensity) on the leaf.<br><br>As shown below, the accused system has a lighting system which controls the amount of light energy delivered to the crops on each shelf. The system regulates this energy by optimizing the intensity of the LED array and duration of exposure. As established in plant science, the amount of light energy on the leaf surface directly controls the rate of evaporation from the leaf. By regulating the correct amount of light energy on the leaf via intensity control, the lighting system thereby controls the evaporation of the crop via the leaf. |



https://artechno-growsystems.com/avf-junior

## Crops are better matched to buyers' needs

Vertical growing allows you to match crops' quality and characteristics to buyers' needs.

This is how it works. Certain light conditions affect the crops' production of antioxidants, vitamins, dyes, and flavors.

For example, far red causes a plant to stretch more, and blue improves its shelf life.

You can develop lighting recipes, to adjust the lighting conditions. You adapt the lighting to precisely the right spectrum, intensity, and frequency.

https://artechno-growsystems.com/news/what-is-vertical-growing

**What is vertical growing?**

In vertical growing, multiple layers are grown above one another, in other words, vertically.

This is done inside a **vertical farm.** In the farm, all environmental factors are fully controlled and optimized; think of:

- Light
- Temperature
- Airflow
- Humidity
- CO2
- Water
- Nutrients

https://artechno-growsystems.com/news/what-is-vertical-growing

**Advantage 2: Stable crop cultivation all year round**

Vertical farming is not dependent on seasons but creates the optimal conditions for the plant to grow all year round.

The optimal conditions are controlled based on:

- Light intensity
- Light spectrum (the combination of red, blue, far-red, green, and white light)
- CO2 supply and content
- Temperature
- Relative Humidity
- Air flow
- Water conditions (pH & EC)
- Nutrients

This gives complete control over the production and quality of your crops.

https://artechno-growsystems.com/news/vertical-farming-advantages-and-disadvantages

# The Indirect Heating Effect of Solar Energy

Light also affects the transpiration rate through a physical, indirect mechanism: the conversion of solar energy into heat. Solar radiation that strikes the leaf surface is absorbed and converted to thermal energy, which raises the leaf's temperature. This increase in temperature affects the rate at which water evaporates from the moist cell walls inside the leaf's air spaces.

The warmer the leaf becomes, the higher the concentration of water vapor inside the leaf's intercellular spaces. This creates a steeper gradient between the high vapor concentration inside the leaf and the lower concentration in the surrounding atmosphere, a difference known as the vapor pressure deficit. This steep gradient accelerates the diffusion of water vapor out through the open stomata. Even with the stomata already open due to the direct light signal, the sun's thermal energy drives a faster rate of water loss by increasing the potential for evaporation.

https://scienceinsights.org/how-does-light-affect-the-rate-of-transpiration/

**Environmental factors that affect the rate of transpiration**

1. Light
Plants transpire more rapidly in the light than in the dark. This is largely because light stimulates the opening of the stomata (mechanism). Light also speeds up transpiration by warming the leaf.

**2. Temperature**
Plants transpire more rapidly at higher temperatures because water evaporates more rapidly as the temperature rises. At 30°C, a leaf may transpire three times as fast as it does at 20°C.

**3. Humidity**
The rate of diffusion of any substance increases as the difference in concentration of the substances in the two regions increases.When the surrounding air is dry, diffusion of water out of the leaf goes on more rapidly.

https://bio.libretexts.org/Bookshelves/Introductory_and_General_Biology/Biology_(Kimball)/16:_The_Anatomy_and_Physiology_of_Plants/16.02:_Plant_Physiology/16.2C:_Transpiration

Leaf stomata are the primary sites of transpiration and consist of two guard cells that form a small pore on the surfaces of leaves. The guard cells control the opening and closing of the stomata in response to various environmental stimuli and can regulate the rate of transpiration to reduce water loss. Darkness and internal water deficit tend to close stomata and decrease transpiration; illumination, ample water supply, and optimum temperature open stomata and increase transpiration. Many plants close their stomata under high temperature conditions to reduce evaporation or under high concentrations of carbon dioxide gas, when the plant likely has sufficient quantities for photosynthesis.

https://www.britannica.com/science/transpiration



**stoma with guard cells** Scanning electron micrograph of an open spinach stoma with two guard cells (green). There are two...(more)